**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **RONNIE CHERRY, individually and on behalf of all others similarly situated,** | § § | **DOCKET NO. 4:17-CV-02502** |
| **Plaintiff,** | § § | **JURY TRIAL DEMANDED** |
| **vs.** | § § § | **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |
| **CONTINENTAL RESOURCES, INC., and SIERRA HAMILTON, LLC** | § § § | |
| **Defendants.** | § | |

**STIPULATED DISMISSAL WITH PREJUDICE IN FAVOR OF ARBITRATION**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Ronnie Cherry, individually and on behalf of all others similarly situated, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against Defendants Continental Resources Inc., and Sierra Hamilton, LLC, with each party to pay his/its own fees and costs. The Parties have entered into an agreement to arbitrate the claims herein and therefore stipulate to the dismissal of this matter with prejudice in favor of arbitration.

Respectfully submitted,

By: *<u>/s/ Lindsay R. Itkin</u>*

Michael A. Josephson
Texas State Bar No. 24014780
Fed. Id. No. 27157
Lindsay R. Itkin
Texas State Bar No. 24068647
Fed. Id. No. 1458866
**JOSEPHSON DUNLAP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
litkin@mybackwages.com

Richard J. (Rex) Burch
Texas State Bar No. 24001807
Fed. Id. No. 21615
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January 2019, I served the foregoing document on all counsel of record by electronically filing it with the Clerk of the Court using the CM/ECF system.

*/s/Lindsay R. Itkin*
Lindsay R. Itkin

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Counsel for Defendants and that the Parties have entered into an agreement to arbitrate the claims herein and therefore stipulate to the dismissal of this matter with prejudice in favor of arbitration.

*/s/Lindsay R. Itkin*
Lindsay R. Itkin