United States District Court
Southern District of Texas
**ENTERED**
January 29, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONNIE CHERRY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-2502 |
| | § | |
| CONTINENTAL RESOURCES, INC., *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff has filed a Notice of Dismissal with Prejudice (Doc. No. 34). In accordance with that Notice and Rule 41(a) of the Federal Rules of Civil Procedure, the Complaint has been **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 28th day of January, 2019.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE